# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Holt Healthcare Management Services, Inc.

                                              Plaintiff,

v.                                                                     Case No.: 1:18−cv−08320

                                                                              Honorable Ruben Castillo

MedicalComplianceCertification.com, et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2019:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 2/27/2019. Counsel for plaintiff appeared. The Court hereby enters a default against defendant MedicalComplianceCertification.com, for failure to timely appear, answer or otherwise plead to plaintiff's complaint. The Court will retain jurisdiction to enter a default judgment in a sum certain. Plaintiff is granted leave to proceed with discovery to quantify the default judgment. The parties are requested to exhaust all settlement possibilities for this lawsuit.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.